```
VIKKI LORRAINE BELL              WAKEFIELD & ASSOCIATES
981 CHASTAIN DR.                 ATTN: BANKRUPTCY
JACKSON, MS 39206-5097           10800 E BETHANY DR
                                 STE 450
                                 AURORA, CO 80014


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



BAPTIST MEMORIAL HOSP
P.O. BOX 745336
ATLANTA, GA 30384-5336




JACKSON AREA FCU
ATTN: BANKRUPTCY
5675 HIGHWAY 18 WES
JACKSON, MS 39209



LVNV FUNDIN
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29603



MIDNIGHT VELVET
ATTN: BANKRUPTCY
1112 7TH AVENUE
MONROE, WI 53566



MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005



ONEMAIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 142
EVANSVILLE, IN 47701



SEVENTH AVE
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566
```