Certificate Number: 17082-MSS-DE-039978201

Bankruptcy Case Number: 25-01220



17082-MSS-DE-039978201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2025, at 12:29 o'clock PM MST, VIKKI L BELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 14, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director